## 76192. COVRIG v. CAMPBELL.
(369 SE2d 293)

SOGNIER, Judge.

K. C. Campbell, d/b/a Campbell Surveying and Mapping, brought suit against Alex Covrig to recover $1,200 for surveying services he performed for Covrig. Covrig filed a direct appeal from the trial court's grant of summary judgment in favor of Campbell for $1,200 plus accrued court costs.

"Effective July 1, 1984, applications for discretionary appeals are required in '[a]ppeals in all actions for damages in which the judgment is $2,500.00 or less.' OCGA § 5-6-35 (a) (6). This statute unambiguously refers to 'judgments' in general and we therefore construe it to be applicable to judgments in the amount of $2,500 or less obtained by verdict following a bench or jury trial as well as by summary judgment. [Cit.] Thus, because the appellant failed to follow the provisions required by OCGA § 5-6-35 (b) for cases in which an application for appeal is required, this direct appeal must be dismissed. [Cits.]" *Jarrett v. Ford Motor Credit Co.*, 178 Ga. App. 600-601 (344 SE2d 440) (1986).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED APRIL 21, 1988 —
REHEARING DENIED MAY 3, 1988 — ▬▬▬▬▬

Alex Covrig, *pro se.*
*W. David Cunningham*, for appellee.